

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00160-CV

Davis Serna Villarreal
v.
Victoria Housing Authority

On appeal from the
County Court at Law No. 1 of Victoria County, Texas
Trial Cause No. CIV1-18581

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part, reversed in part, rendered in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART, REVERSED IN PART, RENDERED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant although he is exempt from payment due to his inability to pay costs and 50% against appellee.

We further order this decision certified below for observance.

March 7, 2019